JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIREE SAENZ, on behalf of herself and all others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>SOLIANT HEALTH, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:25-cv-07568-MCS-AGR<br><br>**ORDER GRANTING JOINT STIPULATION RE JUDGMENT (ECF No. 34)**<br><br>[Class and Representative Action]<br><br>Judge:   Hon. Mark C. Scarsi<br><br>State Court Case No.:  25STCV13787<br>State Complaint Filed: 05/09/2025<br>Trial Date:          Not Set |

1                                                    Case No. 2:25-cv-07568-MCS-AGR
ORDER GRANTING JOINT STIPULATION RE JUDGMENT

Pursuant to the Parties' Joint Stipulation re Judgment and good cause appearing, it is HEREBY ORDERED THAT:

Upon entry of this Order, the Court hereby enters judgment, for the reasons described in the Court's order approving PAGA settlement (ECF 25) and in accordance with the terms of the Settlement. This judgment is intended to be a final disposition of the above captioned action in its entirety and is intended to be immediately appealable. Except as otherwise provided in the Settlement, all parties shall bear their own attorneys' fees, costs, and expenses incurred by them in or arising out of the lawsuit and shall not seek reimbursement thereof from the Released Parties. Without affecting the finality of this Judgment and Order in any way, the Court retains jurisdiction with respect to all matters related to the administration and consummation of the Settlement, and to enforce the terms of the Settlement.

**IT IS SO ORDERED.**

Dated: June 5, 2026

_____

Mark C. Scarsi
United States District Judge